UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SYDNEY BATES-COMMET,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.

NO. CV-04-3088-RHW

**ORDER OF DISMISSAL**

Before the Court is the parties' Stipulation of Dismissal (Ct. Rec. 12), filed on June 20, 2005. Accordingly, **IT IS HEREBY ORDERED**:

    1. This matter is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY**.

    2. The District Court Executive is directed to **CLOSE THE FILE**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and to furnish copies to counsel.

**DATED** this 21st day of June, 2005.

    s/ ROBERT H. WHALEY
    United States District Judge

Q:\CIVIL\2004\BATES-COMMET\Bates.dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1